

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
Guam Division

FILED
DISTRICT COURT OF GUAM
JAN 12 2021
JEANNE G. QUINATA
CLERK OF COURT

Washington D.C. Seattle City, Manufacturing Inc.
Jaydeen Catherine DelaCruz

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Department of Administration
Social Security
Government of Guam Retirement Fund
Stay well Insurance (Government plan) Medical, Dental, Life Insurance Policy

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 21-00005
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☒ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Jaydeen Catherine DelaCruz
Street Address: #RR Cruz SubDivision
City and County: Agat Guam, 96928
State and Zip Code: P.O. Box 8635 Agat Gu, 96928
Telephone Number: 671-977-4228 / 678-7523
E-mail Address: jaydeendelacruz227@gmail.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

ORIGINAL

Page 1 of 5

Defendant No. 1
- Name: Department of Administration
- Job or Title (if known): Director Edward Birn
- Street Address: GITC Building 590 S. Marine Corps Dr. Tamuning Gu. 96913
- City and County: P.O. Box 884 Hagatna Gu. 96932
- State and Zip Code:
- Telephone Number: 671-475-1101/1250
- E-mail Address (if known): www.doa.guam.gov

Defendant No. 2
- Name: Social Security Administration
- Job or Title (if known): Director Patricia Raymond
- Street Address: Suite 155 770 East Sunset Blvd. Barrigada Gu 96913
- City and County: 6401 Security Blvd. Baltimore, MD 21235
- State and Zip Code:
- Telephone Number: 1 800 772 1213
- E-mail Address (if known): www.ssa.gov

Defendant No. 3
- Name: Gov. of Guam Retirement Funds
- Job or Title (if known): Director Paula M. Blas
- Street Address: Fondon Ritirao 424 Route 8 Maite Guam 96910
- City and County:
- State and Zip Code:
- Telephone Number: 671-475-8900/01
- E-mail Address (if known): www.ggrf.com

Defendant No. 4
- Name: Stay Well Insurance (Gov. plan)
- Job or Title (if known): Director Chen Mack
- Street Address: 120 Route 8 Maite Guam, 96910
- City and County:
- State and Zip Code:
- Telephone Number: 671.477.5091
- E-mail Address (if known): www.staywellguam.com

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

no Rights, no Authority, no Jurisdiction, waR

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. **The Plaintiff(s)**

    a. If the plaintiff is an individual
       The plaintiff, *(name)* Jaydeen Catherine DelaCruz, is a citizen of the State of *(name)* Washington D.C.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* Jaydeen Catherine DelaCruz, is incorporated under the laws of the State of *(name)* Guam,
       and has its principal place of business in the State of *(name)* Washington D.C. / Guam

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. **The Defendant(s)**

    a. If the defendant is an individual
       The defendant, *(name)* Department of Administration, is a citizen of the State of *(name)* Guam. Or is a citizen of *(foreign nation)* Guam.

b. If the defendant is a corporation

The defendant, (name) **Department of Admistration** is incorporated under the laws of the State of (name) **Guam**, and has its principal place of business in the State of (name) **Guam**.

Or is incorporated under the laws of (foreign nation) **Guam**,

and has its principal place of business in (name) **Guam**.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

**Did not comply with rules & Regulations of Guam Laws.**

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**about 1 year ago Gov of Guam Application was fill-out completely. Submitted application to H.R./D.O.A. did not process employee's application in a timely matter. no interview. no scheduled written test. Bad customer service, poor reputation, assult, salevery. No Money. have to go to Court for all the people. Release of campighn funds.**

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

- **Took a Tour though Department of Administration Tressary of Guam.**
- **To know that this place is where checks get process though Government Entity.**
- **To know that this place is where all payroll for all Government employees.**

Can't do Anything. do not touch Anything. Can't work for government agency. Can't get hire for a Government agency. Can't get an interview scheduled Can't work immidiatly. Can't process application immidiatly.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/05/2021

Signature of Plaintiff: *Jaydeen Catherine De la Cruz*

Printed Name of Plaintiff: Jaydeen Catherine De la Cruz

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

relief.

To return back everything.

To process an application though a government agency. to schdule an proper interview. To get hired and work for a Government agency. immidately. To fill a position that suits my needs.

To process payment though ACH wire transfer. from a government account. To my account.

To process a paper check in the amounts of $9 80 hundred Zillion Thousand dollars. X 10 checks.

To get payments ready in approximately 2 weeks